Filed 4/29/13  P. v. Rose CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.111.5.

### IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

### SECOND APPELLATE DISTRICT

### DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>  Plaintiff and Respondent,<br><br>v.<br><br>KATHLEEN MARIE ROSE,<br><br>  Defendant and Appellant. | 2d Crim. No. B245660<br>(Super. Ct. No. 2011020534)<br>(Ventura County) |

Kathleen Marie Rose appeals a November 6, 2012 order modifying probation and ordering her to serve a 180-day jail sentence previously imposed after appellant was convicted by plea of grand theft of personal property.  (Pen. Code, §487, subd. (a).)  When the plea was entered on October 26, 2011, the trial court granted probation with 180 days jail and ordered appellant to pay $17,878 victim restitution.[1]  The trial court stayed the jail time on June 8, 2012 and September 27, 2012, and ordered appellant to pay $300 a month towards restitution.  On November 6, 2012, the trial court found that appellant had not followed the payment plan and remanded appellant to jail to serve the 180 days.  The court vacated the time payment agreement and directed appellant to report to the Ventura County Superior Court Collection Unit upon her release.

We appointed counsel to represent appellant in this appeal.  After counsel's examination of the record, she filed an opening brief in which no issues were raised.

---

[1] We affirmed the restitution order in appellant's prior appeal.  (B241199.)

On March 11, 2013, we advised appellant that she had 30 days within which to personally submit any contentions or issues she wished us to consider.  We have received no response from appellant.

We have reviewed the entire record and are satisfied that appellant's attorney has fully complied with her responsibilities and that no arguable issues exist. (*People v. Wende* (1979) 25 Cal.3d 436, 443; *People v. Kelly* (2006) 40 Cal.4th 106, 125-126.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


                                             YEGAN, J.

We concur:


GILBERT, P.J.


PERREN, J.

2

Ryan J. Wright, Judge

Superior Court County of Ventura

_____


Jolene Latimore, under appointment by the Court of Appeal, for Defendan and Appellant.


No appearance for Respondent.